No. 02–1060. ILLINOIS *v.* LIDSTER. Sup. Ct. Ill. [Certiorari granted, 538 U. S. 1012.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–954. OFFICE OF INDEPENDENT COUNSEL *v.* FAVISH. C. A. 9th Cir. [Certiorari granted, 538 U. S. 1012.] Motion of the Solicitor General for divided argument granted. Motion of Teresa Earnhardt for leave to file a brief as *amicus curiae* granted.

No. 02–1238. NIXON, ATTORNEY GENERAL OF MISSOURI *v.* MISSOURI MUNICIPAL LEAGUE ET AL.;

No. 02–1386. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* MISSOURI MUNICIPAL LEAGUE ET AL.; and

No. 02–1405. SOUTHWESTERN BELL TELEPHONE, L. P., FKA SOUTHWESTERN BELL TELEPHONE CO. *v.* MISSOURI MUNICIPAL LEAGUE ET AL. C. A. 8th Cir. [Certiorari granted, *ante,* p. 941.] Motion of the Solicitor General to dispense with printing the joint appendix granted.